UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

PABLO HERRERA,

    Petitioner,

    v.

FREDERICK FOULK, Warden,

    Respondent.

Case No. CV 13-2469-ODW (DFM)

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: 12-20-2013

HON. OTIS D. WRIGHT
United States District Judge